## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Tim Cerchiai**          JOINT DEBTOR: **Maria E Cerchiai**          CASE NO.: _____

Last Four Digits of SS# **xxx-xx-2311**          Last Four Digits of SS# **xxx-xx-9061**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

| | | | | | |
|---|---|---|---|---|---|
| A. | $ | **200.00** | for months | **1** to **17** | ; |
| B. | $ | **256.93** | for months | **18** to **60** | ; |
| C. | $ | | for months | to | ; in order to pay the following creditors: |

Administrative:   Attorney's Fee -   $ **1,750.00**   TOTAL PAID $ **0.00**
                         Balance Due    $ **1,750.00** payable $ **102.94** /month   (Months **1** to **17** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-** _____   Arrearage on Petition Date $ _____
Address: _____   Arrears Payment $ _____ /month   (Months _ to _)
Account No: _____   Regular Payment $ **75.00** /month   (Months **1** to **60** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Chrysler Financial/TD Auto Finance Attention: Bankruptcy; Po Box 860; Roanoke, TX 76262 Account No: 1010872236** | **2007 Dodge Caravan** $ **5,000.00** | **5.25%** | $ **2.06** **131.76** | **1 To 17** **18 To 60** | **5,700.67** |
| **Miami Lakes Lake Carol HOA c/o Barney Avchen, Esq.; 226 Palm Springs Center; 1840 West 49 Street; Hialeah, FL 33012** | **Location: 14652 Balgowan Road, Hialeah FL 33016** $ **220,000.00** | **0%** | $ **0.00** | **1 To 60** | **0.00** |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.  **IRS Special Procedures; POB 7346; Philadelphia, PA 19101**   Total Due  $ **622.00**
                         Payable      $ **14.47** /month   (Months **18** to **60**)  Regular Payment $ **N/A**

Unsecured Creditors: Pay $ **10.00** /month (Months **18** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
 **Rejected Contracts and/or Leases**
 **-NONE-**

 **Assumed Contracts and/or Leases**
 **-NONE-**

          **Special Intentions:**
          **Chase Manhattan  Mortgage: Debtor will pay claim directly.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**Tim Cerchiai**
Debtor

Date: **September 4, 2012**

**Maria E Cerchiai**
Joint Debtor

Date: **September 4, 2012**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com